JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Christopher Gordon

        Plaintiff,

v.

Wal-Mart Stores Inc, et al

        Defendants.

Case No.  CV 15-03588-ABJ (AGRx)

ORDER DISMISSING CIVIL ACTION

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 2, 2016          _____

                              ANDRÉ BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE